IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE DARONTE DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF LYNCH,<br><br>　　　　Defendant. | No. 2:24-cv-03181-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 10) |

    Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On February 5, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10.) On February 24, 2025, Plaintiff filed objections to the pending findings and recommendations. (ECF No. 11.) Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported

1  by the record and by proper analysis.

2       Accordingly, IT IS HEREBY ORDERED as follows:

3       1.     The findings and recommendations filed February 5, 2025 (ECF No. 10) are ADOPTED in full;

5       2.     This action is DISMISSED with prejudice as legally frivolous and for failure to state a claim; and

7       3.     The Clerk of the Court is directed to close this case.

10      IT IS SO ORDERED.

11  Dated:   **September 8, 2025**                    _____
                                                      Dena Coggins
                                                      United States District Judge

2